UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. MJ22-347-MLP |
| v. | DETENTION ORDER |
| JUAN VALENZUELA-BETANCOURT, | |
| Defendant. | |

Mr. Valenzuela-Betancourt is charged by complaint with one count of possession of controlled substances with intent to distribute. The Court held a detention hearing on August 2, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated on the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. There is a rebuttable presumption that there are no conditions that the Court can set to ensure that Mr. Valenzuela-Betancourt is not a flight risk or a danger to the community pursuant to 18 U.S.C. § 3142(e).

2. Mr. Valenzuela-Betancourt stipulated to detention.

3. Mr. Valenzuela-Betancourt poses a risk of nonappearance due to a lack of

DETENTION ORDER - 1

information regarding his employment, community ties, and residence. In addition, he was not interviewed by Probation and Pretrial Services so his background and recent ties to this district are not known.

4. Mr. Valenzuela-Betancourt poses a risk of danger due to the nature of the charge.

5. Based on these findings, and for the reasons stated on the record, the Court finds that Mr. Valenzuela-Betancourt has not provided clear and convincing evidence that he is unlikely to flee or that he does not pose a danger to the safety of the any other person or the community if released.

6. The record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Valenzuela-Betancourt as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Valenzuela-Betancourt shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Valenzuela-Betancourt shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Valenzuela-Betancourt is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this  2nd  day of August, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3