The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR22-00113-RSM |
| Plaintiff, | |
| v. | **ORDER TO SEAL ORIGINAL DOCUMENT AND PUBLISH REDACTED DOCUMENT** |
| JUAN VALENZUELA-BETANCOURT, | |
| Defendant. | |

        Having read the Government's Motion to Seal Original Document and Publish Redacted Document, and because of the sensitive information contained in the United States' Sentencing Memorandum,

//

//

//

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    It is hereby ORDERED that the original, unredacted version of the United States'

2  Sentencing Memorandum shall remain sealed.

3    It is further ORDERED that the redacted version of the United States' Sentencing

4  Memorandum shall be published in its redacted form.

5

6    DATED this 28th day of March, 2023.

7

8

9

10    RICARDO S. MARTINEZ
    UNITED STATES DISTRICT JUDGE
11

12

13

14  Presented by:

15  s/ Jessica M. Ly

16  JESSICA M. LY
    Special Assistant United States Attorney
17

18

19

20

21

22

23

24

25

26

27

28

Order to Seal Original Document and Publish Redacted Document
*United States v. Valenzuela-Betancourt* / CR22-00113-RSM - 2